■ JACK L. BREYFOGLE et al., Respondents, v TYLER CON-

STRUCTION Co., INC., et al., Respondents and Third-Party Plaintiffs-Respondents. ACME ROLLING STEEL DOOR CORP., Third-Party Defendant-Appellant.—Judgment, Supreme Court, New York County (William Ellison, J.), entered on or about December 14, 1990, unanimously affirmed for the reasons stated by William Ellison, J., without costs or disbursements. No opinion. Concur—Rosenberger, J. P., Ellerin, Wallach, Smith and Rubin, JJ.